# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KAREN ANN SIMMONS,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )<br>) Civil No. 6:17-cv-00030-SPS |
| NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br>    Defendant. | )<br>)<br>)<br>)<br>) |

## ORDER

Defendant, the Acting Commissioner of Social Security (Commissioner), by and through her counsel, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings (Doc. 15).

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Dated this 22nd day of December, 2017.

_____
HONORABLE STEPHEN P. SHREDER
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF OKLAHOMA